1  JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
2  JACKSON LEWIS P.C.
300 S. Fourth Street, Suite 900
3  Las Vegas, Nevada 89101
Telephone: (702) 921-2460
4  Facsimile: (702) 921-2461
5  Email: joshua.sliker@jacksonlewis.com

6  ANDREW McCLINTOCK, ESQ.
(*pro hac vice application pending*)
7  Georgia Bar No. 483560
FORD HARRISON L.L.P.
8  271 – 17th Street, NW, Suite 1900
Atlanta, Georgia 30363
9  Telephone: (404) 888-3830
10  Email: AMcClintock@fordharrison.com

11  *Attorneys for Defendant*
*Allegiant Air, LLC*
12

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALI BAHREMAN, | Case No. 2:20-cv-00437-RFB-DJA |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| ALLEGIANT AIR, L.L.C. and TRANSPORT WORKERS UNION OF AMERICA LOCAL 577, | **(FIRST REQUEST)** |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff ALI BAHREMAN ("Plaintiff"), through his counsel, Marquis Aurbach Coffing, Defendant, ALLEGIANT AIR, L.L.C. ("Allegiant"), by and through its counsel, Jackson Lewis P.C., and Defendant TRANSPORT WORKERS UNION OF AMERICA LOCAL 577 ("TWUA") by and through its counsel, McCraken, Stemerman & Holsberry, and Phillips, Richard & Rind, P.A., (collectively, Allegiant and TWUA are "Defendants"), that Defendants shall have a 45-day extension up to and including

May 14, 2020, in which to file their respective responses to Plaintiff's Complaint.  This Stipulation is submitted and based upon the following:

      1.      Plaintiff filed his Complaint on March 2, 2020.  ECF No. 1.  Defendants were served with the Complaint on March 9, 2020.

      2.      Defendants' responses to the Complaint are currently due on March 30, 2020.

      3.      Due to the press of other matters, including adjustments made necessary by the COVID-19 pandemic, and in order to respond to the pleading, counsel for Defendants require additional time.  Counsel for Defendants request a forty-five (45) day extension, up to and including May 14, 2020, to file their respective responses to Plaintiff's Complaint.

      4.      This is the first request for an extension of time for Defendants to file a response to Plaintiff's Complaint.

      5.      This request is made in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

6. Nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

Dated this 24th day of March, 2020.

| **JACKSON LEWIS P.C.** | **MARQUIS AURBACH COFFING** |
|---|---|
| */s/ Joshua A. Sliker* <br> JOSHUA A. SLIKER, ESQ. <br> Nevada Bar No. 12493 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 | */s/ Frank D. Garrison* <br> BRIAN R. HARDY, ESQ. <br> Nevada Bar No. 10068 <br> 10001 Park Run Drive <br> Las Vegas, Nevada 89145 |
| ANDREW McCLINTOCK, ESQ. <br> (*pro hac vice application pending*) <br> FORD HARRISON L.L.P. <br> 271 – 17th Street, NW, Suite 1900 <br> Atlanta, Georgia 30363 | FRANK D. GARRISON, ESQ. <br> *Admitted Pro Hac Vice* <br> BLAINE HUTCHISON, ESQ. <br> *Admitted Pro Hac Vice* <br> NATIONAL RIGHT TO WORK LEGAL DEFENSE FOUNDATION, INC. <br> 8001 Braddock Road, Suite 600 <br> Springfield, Virginia 22160 |
| *Attorneys for Defendant* <br> *Allegiant Air, LLC* | *Attorneys for Plaintiff Ali Bahreman* |

**McCRAKEN, STEMERMAN & HOLSBERRY**

*/s/ Richard G. McCraken*
RICHARD G. MCCRAKEN, ESQ.
Nevada Bar No. 2748
1630 S. Commerce Street, Suite A-1
Las Vegas, Nevada 89102

MARK RICHARD, ESQ.*
(Florida Bar No. 305979)
OSNAT K. RIND, ESQ.*
(Florida Bar No. 958698)
CHRISTINA S. GORNAIL, ESQ.*
(Florida Bar No. 085922)
PHILLIPS, RICHARD & RIND, P.A.
9360 SW 72nd Street, Suite 283
Miami, Florida 33173
*Pro Hac Vice to be Filed

*Attorneys for Defendant TWU Local 577*

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

Dated: March 26, 2020

4815-5721-9768, v. 2