JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
JACKSON LEWIS P.C.
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
Email:  joshua.sliker@jacksonlewis.com

ANDREW McCLINTOCK, ESQ.
Admitted *pro hac vice*
Georgia Bar No. 483560
FORD HARRISON L.L.P
271 – 17th Street, NW, Suite 1900
Atlanta, Georgia 30363
Telephone: (404) 888-3830
Email:  AMcClintock@fordharrison.com

*Attorneys for Defendant*
*Allegiant Air, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| ALI BAHREMAN,<br><br>               Plaintiff,<br><br>v.<br><br>ALLEGIANT AIR, L.L.C. and<br>TRANSPORT WORKERS UNION OF<br>AMERICA LOCAL 577,<br><br>               Defendants. | Case No. 2:20-cv-00437-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO REPLY IN SUPPORT OF MOTIONS TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff ALI BAHREMAN ("Plaintiff"), through his counsel, Marquis Aurbach Coffing, Defendant, ALLEGIANT AIR, L.L.C. ("Allegiant"), by and through its counsel, Jackson Lewis P.C., and Defendant TRANSPORT WORKERS UNION OF AMERICA LOCAL 577 ("TWUA") by and through its counsel, McCracken, Stemerman & Holsberry, and Phillips, Richard & Rind, P.A., (collectively, Allegiant and TWUA are "Defendants"), that Defendants shall have a fourteen day extension up to and including July 27, 2020, in which to file their respective replies in support of their Motions to

Dismiss Plaintiff's Amended Complaint.   This Stipulation is submitted and based upon the following:

1.      Plaintiff filed an Amended Complaint on May 27, 2020.  ECF No. 26.

2.      Defendants filed Motions to Dismiss Plaintiff's Amended Complaint on June 10, 2020.  ECF Nos. 30-31.

3.      Plaintiff filed a Response to Defendants' Motions to Dismiss on July 6, 2020.  ECF No. 35.

4.      Defendants' replies are presently due on July 13, 2020.

5.      Due to the press of other matters Defendants' counsel must attend to, and in order to adequately reply, counsel for Defendants require additional time.   Counsel for Defendants request a fourteen (14) day extension, up to and including July 27, 2020, to file their respective replies.

6.      This is the first request for an extension of time for Defendants to file replies in support of Motions to Dismiss Plaintiff's Amended Complaint.

7.      This request is made in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

8.    Nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

Dated this 8th day of July, 2020.

**JACKSON LEWIS P.C.**

/s/ Joshua A. Sliker
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

ANDREW McCLINTOCK, ESQ.
Admitted *Pro Hac Vice*
FORD HARRISON L.L.P.
271 – 17th Street, NW, Suite 1900
Atlanta, Georgia 30363

*Attorneys for Defendant*
*Allegiant Air, LLC*

**McCRACKEN, STEMERMAN &**
**HOLSBERRY**

/s/ Osnat K. Rind
RICHARD G. MCCRACKEN, ESQ,
(Nevada Bar No. 2748)
McCraken, Stemerman & Holsberry
1630 S. Commerce Street, Suite A-1
Las Vegas, NV 89102

OSNAT K. RIND, ESQ.*
(Florida Bar No. 958698)
CHRISTINA S. GORNAIL, ESQ.*
(Florida Bar No. 085922)
PHILLIPS, RICHARD & RIND, P.A.
9360 SW 72nd Street, Suite 283
Miami, FL 33173
*Admitted *Pro Hac Vice*

*Attorneys for Defendant TWU Local 577*

**MARQUIS AURBACH COFFING**

/s/ Blaine Hutchison
BRIAN R. HARDY, ESQ.
Nevada Bar No. 10068
10001 Park Run Drive
Las Vegas, Nevada 89145

FRANK D. GARRISON, ESQ.
Admitted *Pro Hac Vice*
BLAINE HUTCHISON, ESQ.
Admitted *Pro Hac Vice*
NATIONAL RIGHT TO WORK LEGAL
DEFENSE FOUNDATION, INC.
8001 Braddock Road, Suite 600
Springfield, Virginia 22160

*Attorneys for Plaintiff Ali Bahreman*

**IT IS SO ORDERED.**

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this   13th day of July, 2020.