JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
JACKSON LEWIS P.C.
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
Email:  joshua.sliker@jacksonlewis.com

JACQUELYN L. THOMPSON, ESQ.
(*pro hac vice*)
DC Bar No. 988663
FORDHARRISON LLP
2000 M Street, NW, Suite 505
Washington, DC 20036
Telephone: (202) 719-2064
Email:  jthompson@fordharrison.com

*Attorneys for Defendant*
*Allegiant Air, LLC*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| ALI BAHREMAN,<br><br>   Plaintiff,<br><br>v.<br><br>ALLEGIANT AIR, L.L.C. and TRANSPORT WORKERS UNION OF AMERICA LOCAL 577,<br><br>   Defendants. | Case No. 2:20-cv-00437-ART-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS AND JOINT PRETRIAL ORDER**<br><br>**[FOURTH REQUEST]** |

Pursuant to Local Rules IA 6-1 and Local Civil Rules 7-1 and 26-3, Plaintiff Ali Bahreman ("Bahreman") and Defendants Allegiant Air, LLC ("Allegiant") and the Transport Workers Union of America, Local 577, AFL-CIO ("TWU") (collectively the "Parties"), by and through their counsel of record, hereby stipulate to extend the time to file dispositive motions and the joint pretrial order.  This is the Parties' fourth request for an extension.

On April 27, 2022, the Court granted Defendants' Motion for Extension of Time to File Dispositive Motions (ECF No. 68). On May 5, 2022, the Court granted Plaintiff's Motion for Extension of Time to File Dispositive Motions (ECF No. 70). Pursuant to the Court's Orders, the deadline for filing dispositive motions after initial discovery is June 15, 2022 and the time for filing the joint pretrial order is July 15, 2022 (or 30 days after dispositive motions are decided). It is at least 21 days before the expiration of the subject deadlines.

Since the Court granted the Parties' third requests for extensions of time, the Parties have been actively engaged in settlement discussions in hopes of resolving this case without the need to file dispositive motions. Settlement discussions have progressed and are ongoing, and the Parties seek additional time to engage in further settlement discussions. An extension will allow the Parties to engage further in substantive settlement discussions and potentially resolve the case without the need to file dispositive motions unnecessarily.

Bahreman's lead counsel also has a week-long trial scheduled in *Carter v. Southwest Airlines Co., et al.*, 3:17-cv-2278, in the Northern District of Texas, on the Court's two-week docket beginning July 5, 2022, with pre-trial deadlines scheduled throughout June 2022. A sixty (60) day extension will allow Bahreman to prepare and file dispositive motions in a timely manner if the Parties determine they cannot reach settlement.

Accordingly, the Parties propose a sixty (60) day extension of time to file dispositive motions from June 15, 2022, up to and including August 15, 2022, and the joint pretrial order from July 15, 2022, up to and including September 14, 2022 (or 30 days after dispositive motions are decided). The additional sixty (60) days will allow the Parties to determine whether settlement can be reached, and if not, to prepare dispositive motions in a timely manner.

This will preserve party and judicial resources and avoid unnecessary motion practice. The Parties request to extend the deadline in good faith and not for the purposes of undue delay. They have only requested the amount of additional time they deem necessary for determining whether settlement can be reached, and if not, the completion of motions practice in this matter. Thus, the Parties believe good cause exists for extending the above-described deadlines.

THEREFORE, the Parties respectfully request a sixty (60) day extension of time to file dispositive motions, up to and including August 15, 2022, and the joint pretrial order, up to and including September 14, 2022 (or 30 days after dispositive motions are decided).

DATED this 24th day of May, 2022.

| | |
|---|---|
| **JACKSON LEWIS P.C.** | **NATIONAL RIGHT TO WORK LEGAL DEFENSE FOUNDATION, INC.** |
| /s/ Joshua A. Sliker<br>JOSHUA A. SLIKER, ESQ.<br>Nevada Bar No. 12493<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101 | /s/ Matthew B. Gilliam<br>MATTHEW B. GILLIAM, ESQ.<br>*Admitted Pro Hac Vice*<br>8001 Braddock Road, Suite 600<br>Springfield, Virginia 22160 |
| *Attorney for Defendant Allegiant Air, LLC* | *Attorney for Plaintiff Ali Bahreman* |

**PHILLIPS, RICHARD & RIND, P.A.**

/s/ Osnat K. Rind
OSNAT K. RIND, ESQ.
*Admitted Pro Hac Vice*
9360 SW 72nd Street, Suite 283
Miami, Florida 33173

*Attorney for Defendant TWU Local 577*

**ORDER**

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated: May 25, 2022

3